# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2988
_____

KELVIN KENARD SLATON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
Mark E. Feagle, Judge.


August 27, 2024

PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kelvin Kenard Slaton, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.